# Court of Appeals
# of the State of Georgia

ATLANTA,  July 18, 2018

*The Court of Appeals hereby passes the following order:*

**A18I0251. DEMETRIUS CURTIS v. THE STATE.**

Demetrius Curtis, who is in jail on criminal charges, filed a pro se "Motion to Indict or Dismiss" and a motion for discharge. The trial court denied the motions, and Curtis filed this application for interlocutory appeal. We, however, lack jurisdiction.

The trial court's order is interlocutory. See *Stewart v. State*, 240 Ga. App. 154, 154 (522 SE2d 743) (1999) (order denying motion to dismiss an indictment is interlocutory). An interlocutory order is not appealable without a certificate of immediate review. See OCGA § 5-6-34 (b); *Atlanta Hanggliders & Ultralights, Inc. v. Rountree*, 169 Ga. App. 647, 647 (314 SE2d 679) (1984). Here, Curtis failed to obtain a certificate of immediate review. We thus lack jurisdiction to consider his application for interlocutory appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  07/18/2018
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*